UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC ARDOIN,

            Plaintiff,

    v.

MIKE MCDONALD,

            Defendant.

Case No.  11-cv-05564-EMC

**ORDER REOPENING ACTION; AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner, a state prisoner, filed this habeas corpus action under 28 U.S.C. § 2254 in this Court to challenge the murder conviction he received in 2007 in the San Francisco County Superior Court, for which he received a sentence of 85 years to life in state prison.  He raised several claims in his habeas petition.  In one claim, he alleged that the trial court violated his Sixth Amendment right to counsel when it refused to reopen closing arguments after supplemental instructions had been given to the jury after deliberations had started.  This Court denied this and all other claims in the petition and entered judgment in favor of Respondent on February 13, 2013. (Docket Nos. 21 and 22.)

Petitioner appealed.  The Ninth Circuit, on May 4, 2016, reversed this Court's judgment regarding Petitioner's Sixth Amendment claim,[1] and remanded the action to this Court with instructions to issue the writ ordering the state to retry Petitioner within a reasonable time or to release him.  (Docket No. 32.)  On June 27, 2016, the appellate court denied petitions for rehearing and for rehearing en banc, withdrew the previous memorandum disposition and replaced it with another.  (Docket Nos. 33 and 34.)  The new disposition directed this Court to issue the writ

---

[1] The Ninth Circuit declined to address the other claims in the petition.

1   ordering the state to retry Petitioner within a reasonable time or to release him.  (Docket No. 34.)

2   The Ninth Circuit issued its mandate on July 20, 2016.  (Docket No. 35.)

3        Therefore, the case is **REOPENED** and the petition for writ of habeas corpus is

4   **GRANTED**.  Respondent shall release Petitioner unless the state commences proceedings to retry

5   him within ninety (90) days of this order.  This Court shall retain jurisdiction over this action until

6   the opinions of this Court and the Ninth Circuit are implemented.

7        The Clerk shall send a copy of this order and the Ninth Circuit's orders (Docket Nos. 32,

8   33, 34 and 35) to Petitioner by U.S. Mail, and to Petitioner's attorney and Respondent's attorney

9   by electronic filing (ECF/E-filing).  Respondent shall file a report on the status of this action when

10  it commences criminal proceedings against Petitioner, or within sixty (60) days from the date of

11  this order, whichever occurs earlier.

12

13       **IT IS SO ORDERED**.

14

15  Dated: August 4, 2016

16  _____

17  EDWARD M. CHEN
    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2